## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MULLANE, | ) DOCKET NO. 1:18-CV-12618-PBS |
| | ) |
| *Plaintiff,* | ) |
| v. | ) Removed from Suffolk Superior Court |
| | ) Docket No. 1884-CV-03686 |
| BREAKING MEDIA, INC. and | ) |
| THE UNITED STATES OF | ) |
| AMERICA, and FEDERICO A. | ) |
| MORENO, ELIE MYSTAL, and | ) |
| ALISON W. LEHR, | ) |
| in their individual | ) |
| and professional capacities, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

## STIPULATED MOTION FOR CM/ECF ACCESS

COMES NOW Plaintiff Jonathan Mullane (hereinafter, "Plaintiff"), and respectfully

moves this Honorable Court for access to the CM/ECF platform and filing system. In support

hereof, Plaintiff states that all Parties have assented to the instant request.

**WHEREFORE**, Plaintiff prays for the relief requested herein, *supra*.

DATED:    This 27th Day of August, 2019

Respectfully submitted,

JONATHAN MULLANE,
Plaintiff (*pro se*)
60 Clyde Street, Unit #1
Somerville, MA 02145
Tel.: (617) 800-6925
j.mullane@icloud.com

## **L.R. 7.1(a)(2) CERTIFICATION**

Pursuant to L.R. 7.1(a)(2), Plaintiff hereby certifies that he conferred with counsel for Defendants via email correspondence, who assent to the relief requested herein.

JONATHAN MULLANE,
Plaintiff (*pro se*)

## **CERTIFICATE OF SERVICE**

I, JONATHAN MULLANE, hereby certify that on August 27, 2019 I served copies of the foregoing STIPULATED MOTION FOR CM/ECF ACCESS via first class mail, postage prepaid, to Defendants as specified below:

Mark Dickison, Esq.
Lawson & Weitzen, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
Tel.: (617) 439-4990
MDickison@lawson-weitzen.com

United States Attorney's Office
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: (617) 748-3180

JONATHAN MULLANE,
Plaintiff *pro se*
60 Clyde Street, Unit #1
Somerville, MA 02145
Tel.: (617) 800-6925
j.mullane@icloud.com

2