# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JONATHAN MULLANE,<br>    Plaintiff,<br>and<br><br>E. PETER MULLANE,<br>    Proposed Plaintiff-Intervenor,<br>v.<br><br>BREAKING MEDIA, INC.,<br>ELIE MYSTAL,<br>THE UNITED STATES OF AMERICA,<br>FEDERICO A. MORENO, and<br>ALISON W. LEHR,<br>in their individual<br>and professional capacities,<br>    Defendants. | DOCKET NO. 1:18-CV-12618-PBS<br><br><br><br><br>Removed from Suffolk Superior Court<br>Docket No. 1884-CV-03686 |

## NOTICE OF GENERAL APPEARANCE

**TO: THE CLERK OF THE HONORABLE COURT AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE of the appearance of the undersigned attorney, appearing *pro se* and on his own behalf as the Proposed Plaintiff-Intervenor, in the above-captioned matter.

Pursuant to Fed. R. Civ. P. 5, all further notices and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon the undersigned electronically via the CM/ECF platform. The undersigned certifies that he is admitted as an attorney in good standing and is authorized to practice in this Court.

                                                     Respectfully submitted,

                                                     /s/ *E. Peter Mullane, Esquire*
E. PETER MULLANE, ESQUIRE,
Proposed Plaintiff-Intervenor,
Attorney *pro se*
BBO #360000
MULLANE, MICHEL & McINNES
6 Bennett Street
Cambridge, MA 02138
Tel.: (617) 661-9000
Email: peter@3mlaw.com

DATED: September 16, 2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 16, 2019, the Parties were served copies of the foregoing filing via first class mail, postage prepaid, as specified below:

| | |
|---|---|
| Mark Dickison, Esq.<br>Lawson & Weitzen, LLP<br>88 Black Falcon Avenue, Suite 345<br>Boston, MA 02210<br>Tel.: (617) 439-4990<br>MDickison@lawson-weitzen.com | United States Attorney's Office<br>John Joseph Moakley Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel.: (617) 748-3180 |

Jonathan Mullane
60 Clyde Street, Unit #1
Somerville, MA 02145
j.mullane@icloud.com

                                                   /s/ *E. Peter Mullane*
E. Peter Mullane, Esquire

DATED: September 16, 2019