# United States Court of Appeals
## For the First Circuit

No. 20-1061

JONATHAN MULLANE,

Plaintiff - Appellant,

v.

BREAKING MEDIA, INC.; ELIE MYSTAL,

Defendants - Appellees,

UNITED STATES; FEDERICO A. MORENO; ALISON W. LEHR,

Defendants,

No. 20-1062

JONATHAN MULLANE,

Plaintiff - Appellant,

v.

UNITED STATES; FEDERICO A. MORENO; BREAKING MEDIA, INC.; ELIE MYSTAL;
ALISON W. LEHR,

Defendants - Appellees,

Nos. 20-1080
    20-1390

JONATHAN MULLANE,

Plaintiff - Appellant,

v.

UNITED STATES; FEDERICO A. MORENO; ALISON W. LEHR; BREAKING MEDIA,
INC.; ELIE MYSTAL,

Defendants - Appellees,

E. PETER MULLANE,

Interested Party - Appellant.

_____

**MANDATE**

Entered: April 20, 2021

In accordance with the judgment of February 26, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
John Mark Dickison
Michelle L. Dineen Jerrett
Donald Campbell Lockhart
Christopher Morgan
E. Peter Mullane
Jonathan Mullane
Joshua M. D. Segal
Jason C. Weida