FILED
IN CLERKS OFFICE
2025 JUN 11 PM 2: 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

Cambridge, Massachusetts,
June 9, 2025.

<u>Via First-Class Mail</u>

Mr. Robert M. Farrell,
1 Courthouse Way,
Boston, Massachusetts 02210.

Re:    <u>Mullane v. Moreno, et al.</u>, No. 1:18-cv-12618

Dear Mr. Farrell:

Notice is hereby given of the following supplemental authority in the above-styled case:

(i)    Dan 13:48-49 ("Are you complete fools, O Israelites, in condemning a daughter of Israel without making a thorough investigation to determine the truth? Reopen the inquiry, for they have testified falsely in her regard."); cf. Dan 6:5.

Very respectfully yours,
Jonathan Mullane.

c:    Counsel of record