```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                                     )
JONATHAN MULLANE,                    )
                                     )   Civil Action
                    Plaintiff,       )   No. 18-cv-12618-PBS
                                     )
v.                                   )
                                     )
BREAKING MEDIA, INC., et al.,        )
                                     )
                    Defendants.      )
_____)
```

## ORDER OF RECUSAL

June 23, 2025

Saris, D.J.

Pursuant to 28 U.S.C. § 455(a), I recuse myself from this case and refer the case to the Chief Judge of the U.S. District Court for the District of Massachusetts.

```
                              /s/ PATTI B. SARIS
                              Hon. Patti B. Saris
                              United States District Judge
```

1